**Order entered August 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01023-CV

### IN RE CHARLES A. MILLER, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02441-2014**

## ORDER

Before Justices Moseley, Fillmore, and Evans

The Court has before it relator's motion for rehearing of this Court's August 7, 2014 order denying habeas corpus relief. Attached to the motion is a copy of a book in page from the Collin County Sheriff's Office showing that relator is confined and an affidavit from the records custodian stating the page is a true and correct copy of the original. We conclude this cures the deficiency in the petition for writ of habeas corpus filed on August 7, 2014.

We **DENY** relator's motion for rehearing. On the Court's own motion, we **WITHDRAW** our opinion and **VACATE** our order of August 7, 2014. This is now the order of the Court.

We **GRANT** relator's August 7, 2014 motion for temporary relief. Pending this Court's determination of relator's petition on the merits, and until further order of this Court, we **ORDER** that relator Charles A. Miller be released from the custody of the Sheriff of Collin

County only upon posting a good and sufficient cash or surety bond, conditioned as required by law, in the sum of $500, plus all expenses which may be incurred by peace officers in rearresting relator in the event that relator fails to appear at hearing before this Court or violates some other condition of the bond.

In the event relator Charles A. Miller gives such bond, the Sheriff of Collin County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court. This order releases relator Charles A. Miller only from custody under the Judgment of Civil Contempt and Order of Commitment dated August 7, 2014 issued by the 380th Judicial District Court of Collin County, Texas, styled *Bradley Dean, Dean Family Partnership, LLC, and David Bradley Dean GSTT v. Charles A. Miller, Eastern Shelf Land Col, LLC, Strata Resources, Inc., and Windmill Exploration and Production, LLC*.

The Court **ORDERS** that the reporter's record of the August 6, 2014 hearing be filed by **AUGUST 18, 2014**.

The Court requests that real parties in interest and respondent file a response, if any, by August 25, 2014.

The Court **DIRECTS** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; Terry G. Box, Collin County Sheriff; and to counsel for all parties.

/s/     JIM MOSELEY
JUSTICE